UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK E MAJOR,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

Case No. 15-cv-03426-KAW

**ORDER REGARDING SERVICE**

Re: Dkt. No. 30

The complaint having been found to comply with Title 28 USC § 1915, IT IS ORDERED that the Clerk issue summons, and IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

The case management conference currently scheduled for June 28, 2016 is continued to September 27, 2016.

IT IS SO ORDERED.

Dated: 06/16/16

_____
KANDIS A. WESTMORE
United States Magistrate Judge