DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
RENEE L. ERICKSON, State Bar #304983
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3853
Facsimile:      (415) 554-3877
E-Mail:          renee.erickson@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

*IT IS SO ORDERED*
*Kandis Westmore*
*Judge Kandis Westmore*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK E. MAJOR,<br><br>    Plaintiff,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, et al.<br><br>    Defendants. | Case No. CV-15-03426 KAW<br><br>**STIPULATION OF DISMISSAL OF DEFENDANTS GREG SUHR AND BARBARA GARCIA** |

The parties hereby stipulate that plaintiff Mark E. Major is voluntarily dismissing defendants Barbara Garcia and Greg Suhr from this case.

Dated: 9/27/16

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
RENEE L. ERICKSON
Deputy City Attorney

By: *[signature]*
RENEE L. ERICKSON

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: October 22, 2016

By: /S/ Mark E. Major
MARK E. MAJOR
Plaintiff in Pro Per

Notice of Voluntary Dismissal, Stipulation of Dismissal
CV-15-03426 KAW
3
n:\lit\li2016\170080\01139217.docx