1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK E MAJOR,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No.15-cv-03426-KAW<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 123 |

On October 5, 2017, the Court granted Defendants motion to dismiss with prejudice. (Dkt. No. 123.) Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiff Mark E. Major. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: October 5, 2017

_____
KANDIS A. WESTMORE
United States Magistrate Judge